**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., individually and on behalf of similarly situated persons, | ) ) ) ) | 16-cv-1240 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| E.S. MEDICAL SUPPLIES AND EQUIPMENT INC., and DOES 1-3 | ) ) ) | |
| Defendants. | ) | Trial by Jury Demanded |

**COMPLAINT - CLASS ACTION**

1. Plaintiff Florence Mussat, M.D., S.C., brings this action individually and on behalf of similarly situated persons to secure monetary and injunctive redress for the illegal actions of faxing an unsolicited advertisement in the form of Exhibit A.

2. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 47 U.S.C. § 227 ("TCPA"). *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740 (2012); *Brill v. Countrywide Home Loans, Inc.,* 427 F.3d 446 (7th Cir. 2005). The Court has supplemental jurisdiction under 28 U.S.C. § 1367(a).

3. Venue and personal jurisdiction in this District are proper because the act complained of was targeted to an individual in Illinois by the transmission of Exhibit A to Plaintiff.

4. Plaintiff received the fax, a copy of which is attached as Exhibit A on its facsimile machine on or around January 12, 2016.

5. Defendants are responsible for causing to be sent, and/or the sending of the original of the fax attached hereto as Exhibit A, and/or approving of its content. Plaintiff does

not know the identities of Does 1-3.

6.  The subject form fax, Exhibit A, is an advertisement for Plaintiff to place an order at E.S. Medical's website and provided telephone numbers in which it could be called.

7.  E.S. Medical's website contains the products advertised in the subject form fax, for example, the Female 1st Stage Compression Garments:



http://www.esmedical.com/female-1st-stage-compression-garments

8.  Plaintiff had no prior relationship with Defendants and had not authorized the sending of the fax, Exhibit A, nor did Plaintiff request any services to be provided by Defendants.

9.  The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine . . . ." 47 U.S.C. §227(b)(1)(C).

10. Exhibit A does not contain a compliant opt-out notice as required by the TCPA.

11. Unsolicited fax advertising is contrary to Illinois public policy, as set forth in 720 ILCS 5/26-3(b), which makes it a petty offense to transmit unsolicited fax advertisements to Illinois residents.

12. Plaintiff's and each class member's right of privacy was invaded, costs of toner and ink were incurred, or time to review and delete the subject form faxes were expended.

WHEREFORE, Plaintiff requests that this Honorable Court:

a. Certify that this matter may proceed as a class action;

b. Enter judgment in favor of Plaintiff and the class and against Defendants for damages, including damages allowed under the TCPA;

c. Enter judgment in favor of Plaintiff and the class and against Defendants for Injunctive relief;

d. Enter a judgment declaring that Defendants' fax to Plaintiff was unsolicited;

e. Enter a determination that Plaintiff is an adequate class representative;

f. Award Plaintiff a fair, reasonable and adequate incentive award for being the named Plaintiff; and

g. Costs of suit, including an award of attorney's fees if permissible.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

## TRIAL BY JURY DEMANDED

PLEASE TAKE NOTICE that Plaintiff demands a trial by jury.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

## DOCUMENT PRESERVATION REQUESTS

PLEASE TAKE NOTICE that Defendants are requested to preserve all documents that relate to the identity of any potential putative class members who would have been send a fax in the form of Exhibit A going back four years from the filing of this complaint, including all fax logs, fax numbers, address and names. Defendants are further requested to preserve any and all documents which show any expressed prior consent to receive faxes in the form of Exhibit A. Defendants are requested to preserve any and all documents which show any established business relationship with any potential putative class members.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com