IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C.,<br>individually and on behalf<br>of similarly situated persons, | )<br>)<br>)<br>) | 16-cv-1240 |
| | ) | Magistrate Judge Susan E. Cox |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| E.S. MEDICAL SUPPLIES AND<br>EQUIPMENT INC., and DOES 1-3, | )<br>)<br>) | |
| Defendants. | ) | |

---

| | |
|---|---|
| E.S. MEDICAL SUPPLIES AND<br>EQUIPMENT, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| WESTFAX INC., | )<br>) |
| Third-Party Defendant. | ) |

**FINAL ORDER APPROVING SETTLEMENT**

  **WHEREAS,** on **May 16, 2017**, a Preliminary Approval Order was entered by the Court preliminarily approving the proposed Settlement pursuant to the terms of the Parties' Settlement Agreement and directing that notice be given to the Settlement Class (**Dkt. # 123**);

  **WHEREAS,** pursuant to the notice requirements set forth in the Settlement Agreement and in the Preliminary Approval Order, the Settlement Class was notified of the terms of the proposed Settlement, of the right of members of the Settlement Class to opt out, and of the right of members of the Settlement Class to be heard at a Final Approval Hearing to determine, *inter*

1

*alia:* (1) whether the terms and conditions of the Settlement Agreement are fair, reasonable and adequate for the release of the claims contemplated by the Settlement Agreement; and (2) whether judgment should be entered dismissing this Action with prejudice;

**WHEREAS,** a Final Approval Hearing was held on **September 13, 2017**. Prior to the Final Approval Hearing, Class Members were notified of their right to appear at the Final Approval Hearing in support of or in opposition to the proposed Settlement, the award of Attorney's Fees and Costs to Class Counsel, and the payment of the Incentive Award.

**NOW, THEREFORE,** the Court having heard the presentation of Class Counsel and counsel for Defendants having reviewed all of the submissions presented with respect to the proposed Settlement, having determined that the Settlement is fair, adequate and reasonable, having considered the Attorney's Fees and Cost application made by Class Counsel and the application for an Incentive Award to the Settlement Class Representative and having reviewed the materials in support thereof, and with good cause appearing:

THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The capitalized terms used in this Final Approval Order and Judgment shall have the same meaning as defined in the Settlement Agreement except as may otherwise be ordered.

2. The Court has jurisdiction over the subject matter of this Action and over all claims raised therein and all Parties thereto, including the claims of the Settlement Class.

3. The Court hereby approves the Settlement, including the plans for implementation and distribution of the settlement relief, and finds that the Settlement is, in all respects, fair, reasonable and adequate to the Class Members, within the authority of the Parties and the result of extensive arm's-length negotiations. The Parties shall effectuate the Settlement Agreement in accordance with its terms. The Settlement Agreement and every term and provision thereof shall

14. The Final Approval Order and Judgment, the Settlement Agreement, the Settlement that it reflects and all acts, statements, documents or proceedings relating to the Settlement are not, and shall not be construed as, or used as an admission by or against Defendants of any fault, wrongdoing, or liability on the part of Defendants or of the validity of any claim or the existence or amount of any damages.

15. The Court hereby grants Class Counsel's request for an award of reasonable Attorney's Fees and Costs in the amount of **$130,788**. This amount is to be paid out of the Settlement Common Fund, in accordance with the Settlement Agreement. The Court further grants Class Counsel's application for an Incentive Award for Florence Mussat M.D., S.C. in the amount of **$5,000**. This amount is to be paid by E.S. Medical separately from the Settlement Common Fund.

16. The above-captioned Action is hereby dismissed in its entirety with prejudice. Except as otherwise provided in this Final Approval Order and Judgment, the parties shall bear their own costs and attorney's fees. Without affecting the finality of the Judgment hereby entered, the Court reserves jurisdiction over the implementation of the Settlement Agreement that is embodied herein including enforcement and administration of the Settlement Agreement, and distribution of any remaining funds as a *cy pres* award.

DATED this 13th day of September, 2017

By: _____
Hon. Susan E. Cox
United States District Court
Magistrate Judge